UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LONG ISLAND HOUSING SERVICES,
INC., et al.,

        Plaintiffs,

        -against-

NARRAGANSETT VILLAS, LLC.,
et al.,

        Defendants/Counterclaimants/
        Cross Claimants,

----------------------------------------------------------X

        -against-

NIACC, LLC., et al.,

        Cross Defendants

        -against-

LONG ISLAND HOUSING SERVICES,
INC., et al.

        Counter Defendants.

----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 08-792

(Wexler, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   SEP 22 2009   ★

LONG ISLAND OFFICE

APPEARANCES:

    Relman & Dane, PLLC
    By: Glenn Schlactus, Esq.
    Attorneys for Plaintiffs
    1225 19th, St., NW
    Suite 600
    Washington, DC 20036

    Law Offices of Martin J. Coleman
    By: Martin J. Coleman
    100 Crossways Park Drive West, Suite 412

Woodbury, NY 11797
Attorneys for Plaintiffs

Friedman, Harfenist, Langer & Kraut
By: Steven J. Harfenist, Esq.
3000 Marcus Avenue
Suite 2E1
Lake Success, NY 11042
Attorneys for Narragansett Villas, LLC, New York Villas, LLC
NIACC, LLC, Gary Passavia, Robert Curcio, Jr.

White Fleischner & Fino, LLP
By: Evan Asher Richman Esq.
61 Broadway 18th Floor
New York, NY 10006
Attorneys for Board of Managers of Narragansett Villas Condominium
Greenview Realty Service, Inc.

Marc H. Schneider, P.C.
By: Ryan D. Mitola, Esq.
666 Old Country Road, Suite 412
Garden City, NY 11530
Attorneys for Board of Managers of Narragansett Villas Condominium
Greenview Realty Service, Inc.

WEXLER, District Judge

This is an action commenced by Plaintiffs pursuant to the Federal Fair Housing Act, 42 U.S.C. § 3601 as well as state law. Defendants have asserted cross-claims against each other. Those claims are premised solely upon state law. Plaintiffs have recently settled all of claims asserted herein. As the remaining claims asserted among the remaining parties are based only on state law, the court declines to exercise supplemental jurisdiction. The case is therefore dismissed for lack of federal jurisdiction, without prejudice to pursuit of those claims in the state court. See United Mine Workers of Am. v. Gibbs, 383 U.S. 715, 726 (1966); 28 U.S.C. §1367(c).

## CONCLUSION

The Clerk of the Court is directed to close the file in this matter and terminate all pending motions.

SO ORDERED.

/s/ Leonard D. Wexler
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
September 22, 2009